E-FILED
Monday, 27 September, 2004 09:19:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE, ) <br> AND ANNUITY FUNDS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> KEY PLUMBING and PIPEFITTING, INC., ) <br> A Missouri Corporation, ) <br> ) <br> Defendant. ) | No. 03-3277 |

## STIPULATED JUDGMENT ORDER

This cause coming on to be heard before this Court upon the Complaint filed by Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, against Defendant, KEY PLUMBING and PIPEFITTING, INC.

WHEREAS, Plaintiffs and Defendant have hereby agreed to enter into a stipulated judgment as evidenced by the signatures herein below of Defendant and Plaintiffs' counsel;

WHEREAS, Plaintiffs filed their Complaint against Defendant on December 5, 2003 and Defendant agreed to accept service of the Complaint on March 8, 2004;

WHEREAS, Defendant has not filed an answer but rather has agreed that judgment be entered in favor of Plaintiffs and against Defendant in the amount of $11,601.75, plus audit costs of $1,606.17, and attorney fees of $3,893.25, pursuant to 29 U.S.C. § 1132(g), for a grand total of $17,101.17;

WHEREFORE, Defendant, KEY PLUMBING and PIPEFITTING, INC., is ordered to produce records for Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE, AND ANNUITY

1

FUNDS, *et al.*, to conduct an audit for the period from April 1, 2002 through the date the company ceased operations. Further, judgment is entered in favor of Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE, AND ANNUITY FUNDS, *et al.,* and against Defendant, KEY PLUMBING and PIPEFITTING, INC., in the amount of $2,111.00 for audit costs and attorney fees.

    ENTERED this_____day of_____, 2004.

_____
**JUDGE**

APPROVED AS TO CONTENT AND FORM:

_____    9/27/04
James P. Moody    Date
Attorney for Plaintiff

KEY PLUMBING and PIPEFITTING, INC., Defendant

By:_____    9-4-04
   Name, Title    Date

F:\files\CENTRAL\Rev.StipJudg.KeyPlumb.wpd

2