E-FILED
Wednesday, 29 September, 2004  03:32:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE, AND ANNUITY FUNDS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 03-3277 ) |
| KEY PLUMBING and PIPEFITTING, INC., A Missouri Corporation, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO STRIKE THE LAST PARAGRAPH OF THE STIPULATED JUDGMENT ORDER

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, and pursuant to Rule 7 of the Federal Rules of Civil Procedure, herein move to strike the last paragraph of the Stipulated Judgment Order filed on Monday, September 27, 2004. In support of this motion, Plaintiffs state:

1.      On September 27, 2004, the parties in this action filed a Stipulated Judgment Order with the Court.

2.      On September 28, 2004, Plaintiffs realized that the last paragraph of the Stipulated Judgment Order was in error in that it requested an audit, audit costs and attorney fees. The audit has in fact been completed and the request for audit costs and attorney fees is included in the fourth paragraph of the Stipulated Judgment Order.

3.      A corrected Stipulated Judgment Order is attached hereto as Exhibit A.

4.      Legal counsel for the Defendant has no objection to this motion.

WHEREFORE, Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, pray that this Honorable Court grant its motion to strike the last paragraph of the Stipulated Judgment Order and enter an order consistent with the order in Exhibit A attached hereto.

> Respectfully submitted,
> CENTRAL LABORERS' PENSION, WELFARE
> AND ANNUITY FUNDS, *et al.*,
> Plaintiffs
>
>
> By: ___s/James P. Moody___

James P. Moody
Cavanagh & O'Hara
P.O. Box 5043
407 East Adams
Springfield, IL 62705
(217) 544-1771

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was sent this 29th day of September 2004 to:

Gerald Dunne
Kodner, Watkins, Muchnick, Dunne & Wrigley
Old Town Executive Office Building
168 N. Meramec Avenue, Suite 200
St. Louis, MO 63105-3758

By:    s/James P. Moody

**CAVANAGH & O'HARA**
Attorneys at Law
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone: (217) 544-1771
F:\files\CENTRAL\Key Plumbing\motiontostrike.wpd