E-FILED
Wednesday, 29 September, 2004 03:33:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE, AND ANNUITY FUNDS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) No. 03-3277 |
| KEY PLUMBING and PIPEFITTING, INC., A Missouri Corporation, | )<br>)<br>)<br>) |
| Defendant. | ) |

## STIPULATED JUDGMENT ORDER

This cause coming on to be heard before this Court upon the Complaint filed by Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, against Defendant, KEY PLUMBING and PIPEFITTING, INC.

WHEREAS, Plaintiffs and Defendant have hereby agreed to enter into a stipulated judgment as evidenced by the signatures herein below of Defendant and Plaintiffs' counsel;

WHEREAS, Plaintiffs filed their Complaint against Defendant on December 5, 2003 and Defendant agreed to accept service of the Complaint on March 8, 2004;

WHEREAS, Defendant has not filed an answer but rather has agreed that judgment be entered in favor of Plaintiffs and against Defendant in the amount of $11,601.75, plus audit costs of $1,606.17, and attorney fees of $3,893.25, pursuant to 29 U.S.C. § 1132(g), for a grand total of $17,101.17.

IT IS THEREFORE ORDERED that Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $11,601.75, plus audit costs of $1,606.17, and attorney fees of



EXHIBIT A

$3,893.25, pursuant to 29 U.S.C. § 1132(g), for a grand total of $17,101.17.

ENTERED this_____day of_____, 2004.

_____
**JUDGE**


APPROVED AS TO CONTENT AND FORM:

CENTRAL LABORERS' PENSION, WELFARE AND
ANNUITY FUNDS, *et al.*
Plaintiffs

By:   s/ James P. Moody                              9/29/04
      James P. Moody                                 Date
      Attorney for Plaintiff

KEY PLUMBING and PIPEFITTING, INC.
Defendant


By:   s/Gerald Dunne                                 9/29/04
      Gerald Dunne                                   Date
      Attorney for Defendant



F:\files\CENTRAL\Key Plumbing\Rev.StipJudg.KeyPlumb.wpd