AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

CENTRAL LABORERS' PENSION, WELFARE,
AND ANNUITY FUNDS

vs.                                           Case Number:    **03-3277**

**KEY PLUMBING & PIPEFITTING, INC.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to a Text Order entered by the Honorable Jeanne E. Scott, judgment is entered in favor of Plaintiffs Central Laborers' Pension, Welfare, and Annuity Funds, et al. and against Defendant Key Plumbing & Pipefitting, Inc. in the amount of $11,601.75, plus audit costs of $1,606.17 and attorney fees of $3,893.25, pursuant to 29 U.S.C. § 1132(g), for a total of $17,101.17. This case is closed.---------------------------------------------------------------------------------------------------------------

ENTER this 30th day of September, 2004

s/John M. Waters

JOHN M. WATERS, CLERK

s/ C. Cathcart

_____
BY: DEPUTY CLERK