E-FILED
Friday, 04 March, 2005  11:06:56 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 03-3277 |
| KEY PLUMBING & PIPEFITTING, INC., | ) ) ) | |
| Defendants. | ) | |

### CITATION TO DISCOVER ASSETS

To:  Gerald Dunne, Attorney at Law
     Key Plumbing & Pipefitting, Inc.
     Old Town Executive Office Building
     168 North Meramec Avenue, Suite 200
     St. Louis, MO 63105-3758

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **March 8, 2005 at 3:30 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditors, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al.

On September 30, 2004, Judgment was entered in favor of the Plaintiffs and against the Defendant for payment of audit liabilities in the amount of $11,601.75, audit costs of $1,606.17, and attorney fees in the amount of $3,893.25. To date, the sum of the Judgment remains unsatisfied.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of KEY PLUMBING & PIPEFITTING, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

WITNESS, 1/31, 2005.

(SEAL)

/s/ John M. Waters
Clerk of Court

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

## **SCHEDULE A**

1. All books and records of KEY PLUMBING & PIPEFITTING, INC., for the years 2002 to current.

2. All payroll records of KEY PLUMBING & PIPEFITTING, INC., for the years 2002 to current, including but not limited to Individual Payroll Records and Employee Time Records, Federal W-2 Forms, Federal 1099 Forms, Cash Disbursement Records, and Fringe Benefit Contribution Report Forms.

3. Federal and State Income Tax Returns for KEY PLUMBING & PIPEFITTING, INC., for the years 2000 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by KEY PLUMBING & PIPEFITTING, INC., from 2002 to current.

5. All deeds relating to real estate owned in part or *in toto* by KEY PLUMBING & PIPEFITTING, INC.

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or *in toto* by KEY PLUMBING & PIPEFITTING, INC.

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or *in toto* by KEY PLUMBING & PIPEFITTING, INC.

F:\files\CENTRAL\Key Plumbing\Citation to Discover Assets.wpd



# OFFICER'S AFFIDAVIT OF SERVICE

Court Case Number: __033277__     Sheriff's Case Number: __F172220__

I hereby certify that:

1) I am authorized to serve process in civil actions within the state or territory where the within was served.

2) My official title is Deputy Sheriff of St. Louis County, Missouri

3) I have served the within by:

[✓] delivering a copy of the within to the named Defendant. __GERALD DUPREE__

[ ] leaving a copy of the within at the dwelling place or usual abode of the named Defendant with a person of the Defendant's family over the age of 15 years.

[ ] (for service on a corporation) delivering a copy of the within to _____,
(name)

_____.
(title)

SERVED IN ST. LOUIS COUNTY, MISSOURI ON THE __17__ DAY OF __FEBRUARY__, 20__05__.

[ ] Non Est. After making due and diligent search the within named defendant cannot be found in St. Louis County.

GENE OVERALL, SHERIFF
ST. LOUIS COUNTY, MISSOURI

By: _____
Deputy Sheriff

**SERVICE FEES:**
Summons     $_____.___
 Notary     $_____.___
 Mileage    $_____.___
TOTAL       $_____.___

SUBSCRIBED AND SWORN TO before me this __18th__ day of __February__, 20__05__.

I am: (check one)
[✓] the clerk of the court of which affiant is an officer.
[ ] the judge of the court of which affiant is an officer.
[ ] authorized to administer oaths in the state in which the affiant served the above summons.

_____
Signature

_____
Title

Form No. SO-1010-12/2003